# EXHIBIT A

Exhibit A: Screenshots of February 25, 2022 Comments on Defendant's Video

