# EXHIBIT B

Exhibit B : Screenshot of @shoptwiddy  March 4, 2022, video

