# EXHIBIT C

Exhibit C: Hand Drawn Bunny Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-280-918**

**Effective Date of Registration:**
November 22, 2021
**Registration Decision Date:**
January 05, 2022

## Title
    Title of Work:  Hand Drawn Bunny

## Completion/Publication
    Year of Completion:  2019
    Date of 1st Publication:  April 16, 2019
    Nation of 1st Publication:  United States

## Author
-     Author:  Kathy Fye
    Author Created:  2-D artwork
    Citizen of:  United States

## Copyright Claimant
    Copyright Claimant:  Kathy Fye
    19134 Long Lake Ranch, Lutz, FL, 33558

## Rights and Permissions
    Name:  Kathy Fye
    Email:  kathy.j.fye@gmail.com
    Telephone:  (419)343-2001
    Address:  19134 Long Lake Ranch
    Lutz, FL 33558

## Certification
    Name:  Kathy Fye
    Date:  November 22, 2021