# EXHIBIT D

**Exhibit D: February 22, 2022 Etsy(R) DMCA Notice**

**From:** noreply@etsy.com,
**To:** Bedfordtent@aol.com,
**Subject:** Notice of Intellectual Property Infringement
**Date:** Tue, Feb 22, 2022 1:20 pm

Etsy

Etsy received a report of copyright infringement from Marissa Garcia alleging that certain content in your Etsy shop infringe their intellectual property. When a complaining party submits a report of alleged infringement that complies with our policies, we are required to remove the content cited in the report in accordance with our Intellectual Property Policy. Learn more about how Etsy handles these types of reports .

Etsy deactivated the 1 listing specified as infringing in the report and refunded the listing fees.

We may also place a reserve on your Payment account for 90 days as a precaution, in accordance with the Etsy Payments Policy. Throughout this period, funds from orders placed with your shop will become available for deposit when an order is shipped with tracking information showing the item is in transit or 45 days from each sale date, whichever is earlier. Sellers in certain regions can buy shipping labels directly on Etsy that include tracking. Etsy is not able to access tracking events for some carriers. If we can't determine if an order is in transit, the reserved funds will become available 45 days after the sale. The reserve will be removed from your Payment account in 90 days, unless there are additional policy infractions in your account. Learn more about Payment account reserves.

You may consider filing a counter notice if you have a good faith belief that the infringement report you received involved a mistake or misidentification. If the reporting party withdraws the report(s) of intellectual property infringement, the funds in your Payment account will be released. Read our DMCA counter notice policy to see if you qualify to file a counter notice. If you believe you qualify, you can submit a DMCA counter notice using the following unique link:

https://www.etsy.com/legal/ip/counter

The complaining party identified exactly which listings infringe their intellectual property; this decision was not made by Etsy. If you have questions about the report, please contact Marissa Garcia (icebyissa@live.ca), the authorized representative of Marissa Garcia who provided Etsy with the report. Etsy is not in a position to speak on behalf of the complaining party and cannot provide legal advice. If you have legal questions, you may wish to speak with an attorney.

Do not create additional listings for this content unless the issue is resolved with the other party. Repeat notices of infringement may result in the permanent suspension of selling privileges.

Below is the information provided in the report:

## Marissa Garcia Representative's Information

| | |
|---|---|
| **Name:** | Marissa Garcia |
| **Company:** | Ice By Issa |
| **Job title:** | Owner |
| **Email:** | icebyissa@live.ca |

## Marissa Garcia Intellectual Property

**But Did you Dye copyright**

www.etsy.com/listing/671395936/the-original-

| | |
|---|---|
| **Authorized examples of the work:** | but-did-you-dye-tee<br><br>www.icebyissa.com/products/but-did-you-dye-tee?_pos=1&_sid=a86a565fe&_ss=r |
| **Infringing material reported**<br>https://www.etsy.com/listing/962696671/bunny-png-but-did-you-dye-bunny-png | |

Thank you,
Etsy Legal

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2022 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.