# EXHIBIT E

**Exhibit E: "But Did You Dye?" Design Comparison**



Defendant's Design



Plaintiffs' Design