# EXHIBIT H

**Exhibit H: "Thick n' Sprucey" Design Comparison**



Defendant's Design

Plaintiffs' Design