EXHIBIT J





92 comments                                    ✕

the.caffeinated.muggle                         ♡
                                                39
You cannot trademark a design
that you purchased. It's not your
work and you're stealing from
the artist.

2d  Reply

    icebyissa · Creator                        ♡
                                                2
    Once it's purchased with
    an exclusivity contract from
    from the designer you can
    do anything you want with
    it. It's yours.

    2d  Reply

    the.caffeinat... ▸ icebyissa                ♡
                                                11
    Yes you can put their
    design on anything do what
    you want with the DESIGN
    you purchased. NOT the