IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ON THE BEACH BOUTIQUE LLC** <br> 5374 Thornbrook <br> Toledo, OH 43611 <br><br> and <br><br> **KATHY FYE** <br> 19134 Long Lake Ranch Boulevard <br> Lutz, FL 33558 <br><br> Plaintiffs, <br><br> v. <br><br> **MARISSA GARCIA** <br> 1389 W 2375 S <br> Syracuse, UT 84075 <br><br> Defendant. | CASE NO. 3:22-cv-578 <br><br> JUDGE_____ |

## DECLARATION OF JEANETTE M. BRAUN

1. My name is Jeanette M. Braun. I am an attorney with Braun IP Law, LLC in Addison, IL.

2. I seek admission *pro hac vice* to the U.S. District Court for the Northern District of Ohio to represent Plaintiffs, On the Beach Boutique, LLC and Kathy Fye, in the above-captioned matter.

3. I am currently admitted to practice in the following courts and am currently in good standing with each such court:

| COURT | DATE OF ADMISSION | REGISTRATION # |
|---|---|---|
| Illinois | November 7, 2019 | 6332483 |
| Eastern District of Michigan | January 28, 2022 | (none given) |
| Northern District of Texas | July 22, 2021 | Pro Hac Vice |
| Eastern District of Texas | | Pro Hac Vice |

17368132v1

4. My contact information is as follows:

   1600 W. Lake Street
   Suite 103B
   Addison, IL 60101
   (773) 504-4036
   jmbraun@brauniplaw.com

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. I declare that the foregoing statements are true, under penalty of perjury pursuant to 28 U.S.C. § 1746.

*/s/ Jeanette M. Braun*
Jeanette M. Braun
