IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ON THE BEACH BOUTIQUE LLC**<br>5374 Thornbrook<br>Toledo, OH 43611<br><br>and<br><br>**KATHY FYE**<br>19134 Long Lake Ranch Boulevard<br>Lutz, FL 33558<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**MARISSA GARCIA**<br>1389 W 2375 S<br>Syracuse, UT 84075<br><br>　　　　　　Defendant. | CASE NO. 3:22-cv-578<br><br>JUDGE_____ |

## MOTION TO APPEAR *PRO HAC VICE* OF JOHN J. MARIANE

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, all Plaintiffs respectfully move this Court to admit John J. Mariane *pro hac vice* and participate as counsel for all Plaintiffs in this matter.

This Motion is accompanied by the required $120.00 fee. This Motion is further supported by the attached Declaration of John J. Mariane, which sets forth the information required by Local Rule 83.5(h).

Attorney Braun's contact information is as follows:

> John J. Mariane (IL Bar No. 6333018)
> BRAUN IP LAW, LLC
> 1600 W. Lake Avenue, Suite 103B
> Addison, IL 60101
> Phone: 773.504.4036
> Fax:   312.240.0825
> Email: jjmariane@brauniplaw.com

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion for the *Pro Hac Vice* Admission of John J. Mariane.

> Respectfully submitted,
>
> */s/ Matthew T. Kemp*
> Matthew T. Kemp (0093136)
> SHUMAKER, LOOP & KENDRICK, LLP
> 1000 Jackson Street
> Toledo, Ohio 43604
> Telephone:  419.241.9000
> Fax:        419.241.6894
> E-Mail:     mkemp@shumaker.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This will certify that on April 11, 2022, a copy of the foregoing **MOTION TO APPEAR PRO HACE VICE OF JOHN J. MARIANE** was filed and served via the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Matthew T. Kemp*
> Matthew T. Kemp (0093136)
> SHUMAKER, LOOP & KENDRICK, LLP
>
> *Attorneys for Plaintiffs*