IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ON THE BEACH BOUTIQUE LLC**<br>5374 Thornbrook<br>Toledo, OH 43611<br><br>and<br><br>**KATHY FYE**<br>19134 Long Lake Ranch Boulevard<br>Lutz, FL 33558<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**MARISSA GARCIA**<br>1389 W 2375 S<br>Syracuse, UT 84075<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-578<br><br>JUDGE_____ |

* * *

## DECLARATION OF JOHN J. MARIANE

1. My name is John J. Mariane. I am an attorney with Braun IP Law, LLC in Addison, IL.

2. I seek admission *pro hac vice* to the U.S. District Court for the Northern District of Ohio to represent Plaintiffs, On the Beach Boutique, LLC and Kathy Fye, in the above-captioned matter.

3. I am currently admitted to practice in the following courts and am currently in good standing with each such court:

| **COURT** | **DATE OF ADMISSION** | **REGISTRATION #** |
|---|---|---|
| Illinois | November 7, 2019 | 6333018 |
| | | |

4. My contact information is as follows:

   1600 W. Lake Street
   Suite 103B
   Addison, IL 60101
   (773) 504-4036
   jjmariane@brauniplaw.com

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. I declare that the foregoing statements are true, under penalty of perjury pursuant to 28 U.S.C. § 1746.

*/s/ John J. Mariane*
John J. Mariane