**Motion Granted.
Counsel shall become familiar
with the ACTL Code of Conduct.**

**/s/ Jack Zouhary
U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ON THE BEACH BOUTIQUE LLC**<br>5374 Thornbrook<br>Toledo, OH 43611<br><br>and<br><br>**KATHY FYE**<br>19134 Long Lake Ranch Boulevard<br>Lutz, FL 33558<br><br>Plaintiffs,<br><br>v.<br><br>**MARISSA GARCIA**<br>1389 W 2375 S<br>Syracuse, UT 84075<br><br>Defendant. | ))))))))))))))))))))) | CASE NO. 3:22-cv-578<br><br>JUDGE JACK ZOUHARY |

## MOTION TO APPEAR *PRO HAC VICE* OF JEANETTE M. BRAUN

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, all Plaintiffs respectfully move this Court to admit Jeanette M. Braun *pro hac vice* and participate as counsel for all Plaintiffs in this matter.

This Motion is accompanied by the required $120.00 fee. This Motion is further supported by the attached Declaration of Jeanette M. Braun, which sets forth the information required by Local Rule 83.5(h).

Attorney Braun's contact information is as follows:

> Jeanette M. Braun (IL Bar No. 6332483)
> BRAUN IP LAW, LLC
> 1600 W. Lake Avenue, Suite 103B
> Addison, IL 60101
> Phone: 773.504.4036
> Fax: 312.240.0825
> Email: jmbraun@brauniplaw.com

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion for the *Pro Hac Vice* Admission of Jeanette M. Braun.

> Respectfully submitted,
>
> */s/ Matthew T. Kemp*
> Matthew T. Kemp (0093136)
> SHUMAKER, LOOP & KENDRICK, LLP
> 1000 Jackson Street
> Toledo, Ohio 43604
> Telephone: 419.241.9000
> Fax: 419.241.6894
> E-Mail: mkemp@shumaker.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This will certify that on April 11, 2022, a copy of the foregoing **MOTION TO APPEAR PRO HACE VICE OF JEANETTE M. BRAUN** was filed and served via the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Matthew T. Kemp*
> Matthew T. Kemp (0093136)
> SHUMAKER, LOOP & KENDRICK, LLP
>
> *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ON THE BEACH BOUTIQUE LLC**<br>5374 Thornbrook<br>Toledo, OH 43611<br><br>and<br><br>**KATHY FYE**<br>19134 Long Lake Ranch Boulevard<br>Lutz, FL 33558<br><br>Plaintiffs,<br><br>v.<br><br>**MARISSA GARCIA**<br>1389 W 2375 S<br>Syracuse, UT 84075<br><br>Defendant. | CASE NO. 3:22-cv-578<br><br>JUDGE JACK ZOUHARY |

## DECLARATION OF JEANETTE M. BRAUN

1. My name is Jeanette M. Braun. I am an attorney with Braun IP Law, LLC in Addison, IL.

2. I seek admission *pro hac vice* to the U.S. District Court for the Northern District of Ohio to represent Plaintiffs, On the Beach Boutique, LLC and Kathy Fye, in the above-captioned matter.

3. I am currently admitted to practice in the following courts and am currently in good standing with each such court:

| COURT | DATE OF ADMISSION | REGISTRATION # |
|---|---|---|
| Illinois | November 7, 2019 | 6332483 |
| Eastern District of Michigan | January 28, 2022 | (none given) |
| Northern District of Texas | July 22, 2021 | Pro Hac Vice |
| Eastern District of Texas | | Pro Hac Vice |

4. My contact information is as follows:

   1600 W. Lake Street
   Suite 103B
   Addison, IL 60101
   (773) 504-4036
   jmbraun@brauniplaw.com

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. I declare that the foregoing statements are true, under penalty of perjury pursuant to 28 U.S.C. § 1746.

<i>/s/ Jeanette M. Braun</i><br>
Jeanette M. Braun