# EXHIBIT B

Exhibit B: Screenshot of @shoptwiddy March 4, 2022, video

