# EXHIBIT C

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**

**VA 2-280-918**

**Effective Date of Registration:**
November 22, 2021
**Registration Decision Date:**
January 05, 2022

---

## Title
  Title of Work: Hand Drawn Bunny

## Completion/Publication
  Year of Completion: 2019
  Date of 1st Publication: April 16, 2019
  Nation of 1st Publication: United States

## Author
-   Author: Kathy Fye
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
  Copyright Claimant: Kathy Fye
  19134 Long Lake Ranch, Lutz, FL, 33558

## Rights and Permissions
  Name: Kathy Fye
  Email: kathy.j.fye@gmail.com
  Telephone: (419)343-2001
  Address: 19134 Long Lake Ranch
  Lutz, FL 33558

## Certification
  Name: Kathy Fye
  Date: November 22, 2021