EXHIBIT E

## Exhibit E: "But Did You Dye?" Design Comparison



Defendant's Design



Plaintiffs' Design