EXHIBIT J

**Exhibit J: Screenshot of Comments From Defendant's February 23, 2022 TikTok(R) Video**

