# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| On the Beach Boutique, et al., | : | |
| | : | Case No. 3:22-cv-00578-JZ |
| Plaintiffs, | : | |
| | : | Judge Jack Zouhary |
| v. | : | |
| | : | |
| | : | |
| Marissa Haynes, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARISSA HAYNES

Please take notice that Todd A. Fichtenberg of TAF Legal, LLC, is hereby making an appearance as counsel of record on behalf of Defendant Marissa Haynes. All future notices, pleadings, documents, correspondence, and any other communications should be served upon:

> Todd A. Fichtenberg, Esq.
> TAF LEGAL, LLC
> 175 S. Sandusky St. #122
> Delaware, Ohio 43015
> (740) 233-2883
> todd@taflegal.com

Respectfully submitted,

*/s/ Todd A. Fichtenberg*
Todd A. Fichtenberg, Esq. (OH-0088176)
TAF LEGAL, LLC
175 S. Sandusky St. #122
Delaware, Ohio 43015
(740) 233-2883 | telephone
todd@taflegal.com
*Attorney for Defendant Marissa Haynes*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served to the following individuals via their email on file with ECF, this 27th day of July, 2022.

Matthew T. Kemp
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604

Jeanette M. Braun
John J. Mariane
Braun IP Law, LLC
1600 W. Lake Ave, Suite 103B
Addison, IL 60101
*Attorneys for Plaintiffs*

                                            */s/ Todd A. Fichtenberg*
                                            Todd A. Fichtenberg, Esq. (OH-0088176)