IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| On the Beach Boutique, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Haynes<br><br>Defendant. | Case No. 3:22-cv-00578-jz<br><br>Judge Jack Zouhary |

**NOTICE OF APPEARANCE**

Please take notice that Matthew J. Schonauer of Schonauer Law LLC hereby appears as counsel of record on behalf of Marissa Haynes. All future notices, pleadings, documents, correspondence, and any other communications should be served upon counsel using the contact information provided below.

Respectfully submitted,

Date:  2022 July 27

s/ Matthew J. Schonauer
Matthew J. Schonauer (OH #0086361)
**Schonauer Law LLC**
1373 Grandview Avenue
Suite 215
Columbus, Ohio 43212
Tel. +1 (614) 964-0305
Fax. +1 (614) 964-0139
m@slawip.com

*Attorney for Defendant Marissa Haynes*

1