AO 121 (Rev. 06/16)

| TO:  **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Ohio<br>801 W. Superior Ave.<br>Cleveland, OH 44113 |
|---|---|
| DOCKET NO.<br>3:22-cv-00578-jz | DATE FILED<br>April 11, 2022 | |

| PLAINTIFF<br><br>On the Beach Boutique, LLC and Kathy Fye | DEFENDANT<br><br>Marissa Haynes |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA0002292130 | BUT DID YOU DYE | ICE BY ISSA |
| 2  VA0002293983 | I LIKE THEM  REAL THICK AND SPRUCEY | ICE BY ISSA |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☒ Yes    ☐ No | DATE RENDERED<br>03/28/23 |
|---|---|---|
| CLERK<br>Sandy Opacich | (BY) DEPUTY CLERK<br>s/ Heather Sherer | DATE<br>06/09/23 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

On The Beach Boutique LLC, et al.,                    Case No. 3:22 CV 578

                Plaintiffs,                    <u>DISMISSAL ORDER</u>

        -vs-                              JUDGE JACK ZOUHARY

Marissa Haynes,

                Defendant.


    A Zoom Settlement Conference held on March 28, 2023 resulted in a settlement.  Counsel and parties present:  Plaintiff Kathy Fye present with counsel Jeanette Braun; Defendant Marissa Haynes present with counsel Matt Schonauer and Todd Fichtenberg.

    Therefore, the docket is marked:  "Settled and dismissed without prejudice.  Each party is to bear its own costs."

    Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days, shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of the settlement.

    IT IS SO ORDERED.

                                   s/ *Jack Zouhary*
                                   JACK ZOUHARY
                                   U. S. DISTRICT JUDGE

                                   March 28, 2023