*Approved.*

*s/ Jack Zouhary*
*U.S. DISTRICT JUDGE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (TOLEDO)**

| | |
|---|---|
| On the Beach Boutique, LLC, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>Marissa Haynes,<br><br>    Defendant. | Case No. 3:22-cv-00578-jz<br><br>Judge Jack Zouhary |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs On the Beach Boutique, LLC and Kathy Fye hereby dismiss all claims against Defendant Marissa Haynes **WITH PREJUDICE.**

This Court shall retain jurisdiction over the confidential written settlement agreement.

Respectfully submitted,

s/ Jeanette M. Braun
Jeanette M. Braun (IL Bar No. 6332483)
BRAUN IP LAW, LLC
1600 W. Lake Ave., Suite 103B
Addison, IL 60101
Ph: (773) 504-4036
jmbraun@brauniplaw.com

s/ Matthew T. Kemp
Matthew T. Kemp (OH-0093136)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604
Ph: (419) 241-9000
mkemp@shumaker.com

*Attorneys for Plaintiffs On the Beach Boutique, LLC and Kathy Fye*

s/ Todd A. Fichtenberg
Todd A. Fichtenberg (OH-0088176)
TAF LEGAL, LLC
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
(740) 233-2883 | telephone
todd@taflegal.com

s/ Matthew J. Schonauer
Matthew J. Schonauer (OH-0086361)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio 43215
(614) 229-0024 | telephone
(614) 229-0025 | fax
mschonauer@ulmer.com

*Attorneys for Defendant Marissa Haynes*